MARY J. TOWNLEY, as Administratrix of the Estate of HARRY TOWNLEY, Deceased, Respondent, *v.* THE BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Appellant.

*Negligence — railroads — car approaching crossing at high rate of speed — inadequacy of warning signals.*

Townley v. Buffalo, Lockport & Rochester Ry. Co., 190 App. Div. 930, affirmed.

(Argued March 16, 1921; decided April 19, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate while driving an automobile at night was struck by one of defendant's cars at what is known as the Chestnut Ridge crossing near the city of Lockport and almost instantly killed. There was testimony that the car approached the crossing at a speed of fifty or fifty-five miles an hour and that warning of its approach was inadequate.

*David C. Munson* for appellant.
*William W. Storrs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Not sitting: HISCOCK, Ch. J.